UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LIBBIE E. WILLIAMS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 2:24-cv-01727** |
| | * | |
| **LOUISIANA COMMUNITY AND** | * | |
| **TECHNICAL COLLEGE SYSTEM** | * | **DISTRICT JUDGE:   JAMES D. CAIN, JR.** |
| | * | |
| | * | **MAGISTRATE: CAROL B. WHITEHURST** |

## RESPONSE TO REMOVAL ORDER

**NOW INTO COURT**, through undersigned counsel, comes the Defendant, **THE LOUISIANA COMMUNITY AND TECHNICAL COLLEGE SYSTEM ("LCTCS")**, who responds to the Removal Order of this Court (Doc. 5) as follows:

1. a.  Defendant previously filed a list of all attorneys involved in the case and the parties they represent (Doc. 1-2);

   b.  See State Court record attached as Exhibit 1;

   c.  See Exhibit List attached as Exhibit 2; and,

   d.  I, Maylan M. Cruickshank, hereby certify that the attached Exhibit 1, is what we received in response to our request for the court's entire record, to the 14th Judicial District Court.

2. Not applicable.

3. Pursuant to Dana Brantley with the 14th Judicial District Court, she confirmed no funds are being held as to what is commonly known as "registry funds."

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LIBBIE E. WILLIAMS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 2:24-cv-01727** |
| | * | |
| **LOUISIANA COMMUNITY AND** | * | |
| **TECHNICAL COLLEGE SYSTEM** | * | **DISTRICT JUDGE:    JAMES D. CAIN, JR.** |
| | * | |
| | * | **MAGISTRATE: CAROL B. WHITEHURST** |

Respectfully Submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

  */s/Maylan M. Cruickshank*
MAYLAN M. CRUICKSHANK
ASSISTANT ATTORNEY GENERAL
Bar Roll No. 41058

**LOUISIANA DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION**
556 Jefferson St., 4th Floor
Lafayette, Louisiana 70501
Telephone:    337-262-1700
Facsimile:    337-262-1707
E-mail:    CruickshankM@ag.louisiana.gov
*Counsel for the Louisiana Community and*
*Technical College System*

Page **2** of **3**

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LIBBIE E. WILLIAMS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 2:24-cv-01727** |
| | * | |
| **LOUISIANA COMMUNITY AND** | * | |
| **TECHNICAL COLLEGE SYSTEM** | * | **DISTRICT JUDGE:   JAMES D. CAIN, JR.** |
| | * | |
| | * | **MAGISTRATE: CAROL B. WHITEHURST** |

**************************************************************************

## CERTIFICATE OF SERVICE

I hereby certify that, on the 3rd day of January 2025, the foregoing was electronically filed using the Court's CM/ECF system and that a copy of the foregoing was served on **all counsel of record** for the Plaintiff by email and U.S. Mail.

**Libbie E. Williams**
*Plaintiff, through her attorney of record*
Somer G. Brown
THE COX LAW FIRM
723 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 436-6611
Facsimile: (337) 436-9541
Email: somer@coxatty.com


　　　　　　　　　　　*/s/Maylan M. Cruickshank*
　　　　　　　　　　**MAYLAN M. CRUICKSHANK**