UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LIBBIE E. WILLIAMS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 2:24-cv-01727** |
| | * | |
| **LOUISIANA COMMUNITY AND** | * | |
| **TECHNICAL COLLEGE SYSTEM** | * | **DISTRICT JUDGE:   JAMES D. CAIN, JR.** |
| | * | |
| | * | **MAGISTRATE: CAROL B. WHITEHURST** |

### EXHIIBT LIST OF
### 14TH JUDICIAL DISTRICT COURT RECORD

1. Defendant's Letter to COC (December 18, 2024) forwarding check for copy of state court record;

2. Plaintiff's Petition for Damages

3. Citation to the State of LA, Louisiana Community and Technical College System/SOWELA Technical Community College through Dr. Neil Aspinwell, Chancellor

4. Citation to the State of LA, Louisiana Community and Technical College System/SOWELA Technical Community College through Attorney General of Louisiana

5. Defendant's Notice of Removal with Exhibits

**EXHIBIT 2**