UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **LIBBIE E WILLIAMS** | **CASE NO. 2:24-CV-01727** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **LOUISIANA COMMUNITY & TECHNICAL COLLEGE SYSTEM** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [doc. 20], after a de novo review of the record, and noting the lack of objections, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motion to Remand [doc. 9] filed by plaintiff Libbie E. Williams be **GRANTED**. Accordingly, **IT IS ORDERED** that this matter be **REMANDED** to the Fourteenth Judicial District Court, Calcasieu Parish, Louisiana.

**THUS DONE AND SIGNED** in Chambers on the 26th day of February, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE